**FILED**

11/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0347

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

Defendant and Appellant.

FILED

NOV 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant Matthew Ryan Ailer's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 9, 2022, to file his opening brief.

DATED this _____ day of November, 2022.

For the Court,

_____
Chief Justice